LISA A. RASMUSSEN, ESQ.
Nevada State Bar No. 7491
**LAW OFFICE OF LISA RASMUSSEN, P.C.**
601 South 10th Street, Suite #100
Las Vegas, NV 89101
Tel.   (702) 471-1436
Fax.   (702) 489-6619
Email: Lisa@LRasmussenLaw.com

MELANIE A. HILL, ESQ.
Nevada State Bar No. 8796
**MELANIE HILL LAW PLLC**
520 S. 7th Street, Suite A
Las Vegas, NV 89101
Tel:   (702) 362-8500
Fax:   (702) 362-8505
Email: Melanie@MelanieHillLaw.com
*Attorneys for Plaintiff Scott Friedman*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT FRIEDMAN, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA; GENE M. TIERNEY, individually and in his official capacity as an FBI Agent; MATTHEW A. ZITO, individually and in his official capacity as an FBI Agent; THAYNE A. LARSON, individually and in his official capacity as an FBI Agent; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOE LEPORE, P#6260, individually and in his official capacity as an officer of the LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DARREN HEINER, P#2609, individually and in his official capacity as an officer of the LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JASON HAHN, P#3371, | Case No. 2:18-CV-000857-JCM-VCF<br><br>**STIPULATION AND ORDER TO DEFER BRIEFING ON THE UNITED STATES' MOTION TO DISMISS [ECF No. 39]**<br><br>(First Request) |

1

| | |
|---|---|
| individually and in his official capacity | ) |
| as an officer of the LAS VEGAS | ) |
| METROPOLITAN POLICE | ) |
| DEPARTMENT; Tali Arik, an individual; | ) |
| Julie Bolton, an individual; and Arik | ) |
| Ventures, an entity formed by Tali Arik, | ) |
| | ) |
| Defendants. | ) |
| | ) |

IT IS HEREBY STIPULATED and AGREED by and between Defendant the United States of America, by and through GREG ADDINGTON, Assistant United States Attorney, and Plaintiff SCOTT FRIEDMAN, by and through his counsel, MELANIE A. HILL and LISA A. RASMUSSEN, that the briefing on the United States' Motion to Dismiss [ECF No. 39] be deferred. This Stipulation is executed for the following reasons:

1. AUSA Addington filed a Motion to Dismiss [ECF No. 39] on behalf of the United States *only* on July 26, 2018 and Plaintiffs response is due on August 9, 2018.

2. After filing his Motion to Dismiss on behalf of the United States, AUSA Addington was assigned to represent the three FBI agents named as Defendants in the Complaint, GENE M. TIERNEY, MATTHEW A. ZITO, and THAYNE A. LARSON (hereinafter referred to collectively as the "FBI agents").

3. The parties have agreed that AUSA Addington has until August 27, 2018 to file a responsive pleading on behalf of the FBI agents. AUSA Addington has informed counsel for Plaintiff that he intends to file a Motion to Dismiss on behalf of the FBI agents on or before August 27, 2018.

4. The parties are therefore requesting that the Court defer briefing on the pending Motion to Dismiss [ECF No. 39] filed on behalf of the United States *only* to allow a Motion to Dismiss to be filed on behalf of the FBI agents. At that time, the parties will submit a proposed briefing scheduled for the two Motions to Dismiss so that the Motions can continue on the same motion briefing track. The parties are expecting to avoid unnecessary duplication of effort in the briefing of the United States'

Motion to Dismiss and the anticipated motion to be filed in behalf of the FBI agents and thereby prevent the wasting of resources for the Court and the parties by streamlining the litigation.

5. The request for additional time in this Stipulation is made in good faith and not for the purposes of delay.

Dated this 8th day of August, 2018.

Respectfully submitted by,

| | |
|---|---|
| DAYLE ELIESON<br>UNITED STATES ATTORNEY | MELANIE HILL LAW PLLC |
| By: /s/ Greg Addington<br>　　GREG ADDINGTON<br>　　Assistant U.S. Attorney | By: /s/ Melanie A. Hill<br>　　MELANIE A. HILL<br>　　Attorney for Plaintiff Scott Friedman |
| | LAW OFFICE OF LISA RASMUSSEN, P.C. |
| | By: /s/ Lisa A. Rasmusssen<br>　　LISA A. RASMUSSEN<br>　　Attorney for Plaintiff Scott Friedman |

## ORDER

IT IS SO ORDERED.

Dated August 10, 2018.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE