LISA A. RASMUSSEN, ESQ.
Nevada State Bar No. 7491
**LAW OFFICE OF LISA RASMUSSEN, P.C.**
601 South 10th Street, Suite #100
Las Vegas, NV 89101
Tel: (702) 471-1436
Fax: (702) 489-6619
Lisa@LRasmussenLaw.com

MELANIE A. HILL, ESQ.
Nevada State Bar No. 8796
**MELANIE HILL LAW PLLC**
520 S. 7th Street, Suite A
Las Vegas, NV 89101
Tel: (702) 362-8500
Fax: (702) 362-8505
Melanie@MelanieHillLaw.com
*Attorneys for Plaintiff Scott Friedman*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT FRIEDMAN, an individual, | Case No. 2:18-CV-000857-JCM-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND THE DEADLINES FOR PLAINTIFF TO RESPOND TO DEFENDANT UNITED STATES OF AMERICA AND THE FBI DEFENDANTS' MOTIONS TO DISMISS [ECF NOS. 39 AND 55]** |
| UNITED STATES OF AMERICA; GENE M. TIERNEY, individually and in his official capacity as an FBI Agent; MATTHEW A. ZITO, individually and in his official capacity as an FBI Agent; THAYNE A. LARSON, individually and in his official capacity as an FBI Agent; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOE LEPORE, P#6260, individually and in his official capacity as an officer of the LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DARREN HEINER, P#2609, individually and in his official capacity as an officer of the LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JASON HAHN, P#3371, individually and in his official capacity as an officer of the LAS VEGAS | (First Request) |

| | |
|---|---|
| METROPOLITAN POLICE DEPARTMENT; Tali Arik, an individual; Julie Bolton, an individual; and Arik Ventures, an entity formed by Tali Arik, | ) ) ) ) ) |
| Defendants. | ) ) |

IT IS HEREBY STIPULATED and AGREED by and between Defendant the United States of America, by and through GREG ADDINGTON, Defendant GENE M. TIERNEY, by and through GREG ADDINGTON, Defendant MATTHEW A. ZITO, by and through GREG ADDINGTON, and Defendant THAYNE A. LARSON, by and through GREG ADDINGTON (Defendants TIERNEY, ZITO, and LARSON are hereinafter referred to collectively as the "FBI Defendants"), and Plaintiff SCOTT FRIEDMAN, by and through his counsel, MELANIE A. HILL and LISA A. RASMUSSEN, that the deadline for Plaintiff to file a response to Defendant United States' Motion to Dismiss [ECF No. 39] and the deadline for Plaintiff to file a response to the FBI Defendants' Motion to Dismiss [ECF No. 55] be extended to Friday, September 7, 2018. This Stipulation is executed for the following reasons:

1. AUSA Addington filed a Motion to Dismiss [ECF No. 39] on behalf of the United States *only* on July 26, 2018.

2. The parties filed a Stipulation [ECF No. 43] to defer briefing on the United States' Motion to Dismiss [ECF No. 39] on August 8, 2018. The purpose of the Stipulation was to allow Plaintiff to respond to the United States' Motion to Dismiss after AUSA Addington filed a Motion to Dismiss on behalf of the FBI Defendants so both motions could proceed on the same litigation track. The Court entered an Order granting the Stipulation on [ECF No. 48] August 10, 2018.

3. AUSA Addington filed a Motion to Dismiss [ECF No. 55] on behalf of the FBI Defendants on August 16, 2018.

4. The Plaintiff's response to the FBI Defendants Motion to Dismiss is due on Thursday, August 30, 2018.

5. In the Stipulation to defer briefing, the parties informed the Court that they would submit a proposed briefing scheduled for the two Motions to Dismiss so that the Motions could continue on the same motion briefing track.

6. The parties propose the following briefing schedule:

    a. The deadline for Plaintiff to file a response to Defendant United States' Motion to Dismiss [ECF No. 39] and the deadline for Plaintiff to file a response to the FBI Defendants' Motion to Dismiss [ECF No. 55] shall be extended from Thursday, August 30, 2018 to Friday, September 7, 2018.

    b. The deadline for Defendant United States and the FBI Defendants to file their replies in support of their motions to dismiss [ECF Nos. 39 and 55] shall be extended to September 21, 2018.

7. The request for additional time in this Stipulation is made in good faith and not for the purposes of delay.

Dated this 28th day of August, 2018.

Respectfully submitted by,

DAYLE ELIESON
UNITED STATES ATTORNEY

By: /s/ Greg Addington
   GREG ADDINGTON
   Assistant U.S. Attorney

MELANIE HILL LAW PLLC

By: /s/ Melanie A. Hill
   MELANIE A. HILL
   Attorney for Plaintiff Scott Friedman

LAW OFFICE OF LISA RASMUSSEN, P.C.

By: /s/ Lisa A. Rasmussen
   LISA A. RASMUSSEN
   Attorney for Plaintiff Scott Friedman

**ORDER**

This matter came before the Court on the parties' Stipulation and Order to Extend the Deadline for Plaintiff to Respond to Defendants United States of America and the FBI Defendants' Motions to Dismiss. Based on the parties proposed briefing schedule, and finding that the extension request is made in good faith and not for the purposes of undue delay,

IT IS HEREBY ORDERED that the deadline for Plaintiff to file a response to Defendant United States' Motion to Dismiss [ECF No. 39] and the deadline for Plaintiff to file a response to the FBI Defendants' Motion to Dismiss [ECF No. 55] is Friday, September 7, 2018.

IT IS FURTHER ORDERED that the deadline for Defendant United States and the FBI Defendants to file their replies in support of their motions to dismiss [ECF Nos. 39 and 55] shall be extended to September 21, 2018.

Dated August 30, 2018.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE