UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SCOTT FRIEDMAN, | Case No. 2:18-CV-857 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendant(s). | |

Presently before the court is plaintiff Scott Friedman's motion to extend time to file a response to defendant Julie Bolton's motion to dismiss (ECF No. 56). (ECF No. 72).

Also before the court is the parties' stipulation to extend time for plaintiff to file a response to defendants United States of America and the FBI's motions to dismiss (ECF Nos. 39 and 55). (ECF No. 76).

Plaintiff requests a seven (7) day extension to file a response to Bolton's motion to dismiss. Plaintiff would like to use the extra time to confer with Bolton's counsel in an attempt to resolve some arguments made in support of the motion to dismiss and to streamline claims. Accordingly, because plaintiff raises good cause to extend time, the court will grant plaintiff's motion to extend time.

The parties' stipulation requests a three (3) day extension for plaintiff to file a response to United States of America and the FBI's motions to dismiss. The parties stipulate that plaintiff's counsel had an issue with a client in another case that has caused an unexpected delay. Accordingly, the court will grant the parties' stipulation to extend time.

IT IS HEREBY ORDERED that plaintiff's motion to extend time (ECF No. 72) be, and the same hereby is, GRANTED.

**James C. Mahan**
**U.S. District Judge**

1         IT IS FURTHER ORDERED that the parties' stipulation to extend time (ECF No. 76) be,

2    and the same hereby is, GRANTED.

3         DATED September 11, 2018.

4    _____
     UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**