# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

SCOTT FRIEDMAN,

    Plaintiff,

vs.

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

2:18-cv-00857-JCM-VCF

**ORDER**

    Before the court are the Motion to Stay Discovery (ECF No. 58), Defendants Tali Arik and Arik Ventures Joinder to Defendants Gene Tierney, Matthew Zito and Thayne Larson's Motion to Stay Discovery (ECF No. 63), LVMPD Defendants' Joinder to Motion to Stay Discovery (ECF No. 65), United States' Joinder to Motion to Stay Discovery (ECF No. 66), and Defendant Julie Bolton's Joinder to Defendants Tierney, Zito and Larson's Motion to Stay Discovery (ECF No. 67).

    Accordingly,

    IT IS HEREBY ORDERED that a hearing on Motion to Stay Discovery (ECF No. 58), Defendants Tali Arik and Arik Ventures Joinder to Defendants Gene Tierney, Matthew Zito and Thayne Larson's Motion to Stay Discovery (ECF No. 63), LVMPD Defendants' Joinder to Motion to Stay Discovery (ECF No. 65), United States' Joinder to Motion to Stay Discovery (ECF No. 66), and Defendant Julie Bolton's Joinder to Defendants Tierney, Zito and Larson's Motion to Stay Discovery (ECF No. 67), is scheduled for 1:00 PM, October 2, 2018, in Courtroom 3D.

    DATED this 24th day of September, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE