LISA A. RASMUSSEN, ESQ.
Nevada State Bar No. 7491
**LAW OFFICE OF LISA RASMUSSEN, P.C.**
601 South 10th Street, Suite #100
Las Vegas, NV 89101
Tel.    (702) 471-1436
Fax.    (702) 489-6619
Email: Lisa@LRasmussenLaw.com

MELANIE A. HILL, ESQ.
Nevada State Bar No. 8796
**MELANIE HILL LAW PLLC**
520 S. 7th Street, Suite A
Las Vegas, NV 89101
Tel:    (702) 362-8500
Fax:    (702) 362-8505
Email: Melanie@MelanieHillLaw.com
*Attorneys for Plaintiff Scott Friedman*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SCOTT FRIEDMAN, an individual,              )
                                            )   Case No. 2:18-CV-000857-JCM-VCF
            Plaintiff,                      )
                                            )
      v.                                    )   **STIPULATION AND ORDER TO**
                                            )   **EXTEND DEADLINE TO FILE**
UNITED STATES OF AMERICA;                   )   **RESPONSE TO THE OBJECTIONS**
GENE M. TIERNEY, individually and           )   **TO THE REPORT AND**
in his official capacity as an FBI Agent;   )   **RECOMMENDATION FILED BY THE**
MATTHEW A. ZITO, individually and           )   **FEDERAL AGENT DEFENDANTS**
in his official capacity as an FBI Agent;   )   **(Docket No. 94)  (First Request)**
THAYNE A. LARSON, individually and          )
in his official capacity as an FBI Agent;   )
LAS VEGAS METROPOLITAN                      )
POLICE DEPARTMENT; JOE LEPORE,              )
P#6260, individually and in his official    )
capacity as an officer of the LAS VEGAS     )
METROPOLITAN POLICE                         )
DEPARTMENT; DARREN HEINER,                  )
P#2609, individually and in his official    )
capacity as an officer of the LAS VEGAS     )
METROPOLITAN POLICE                         )
DEPARTMENT; JASON HAHN, P#3371, )

individually and in his official capacity )
as an officer of the LAS VEGAS )
METROPOLITAN POLICE )
DEPARTMENT; Tali Arik, an individual; )
Julie Bolton, an individual; and Arik )
Ventures, an entity formed by Tali Arik, )
)
           Defendants. )
_____)

      IT IS HEREBY STIPULATED and AGREED by and between Defendants GENE TIERNEY, MATTHEW ZITO and THAYNE LARSON, by and through their counsel AUSA GREG ADDINGTON, and Plaintiff SCOTT FRIEDMAN, by and through his counsel, MELANIE A. HILL and LISA A. RASMUSSEN, that the deadline to respond to the Objections to the Magistrate's Report and Recommendation (ECF No. 94), be extended to Wednesday, October 24, 2018. This Stipulation is executed for the following reasons:

1. Tierney, Zito and Larson (collectively the federal agent defendants) filed their Objections to the Magistrate's Court's Report and Recommendation on October 5, 2018. (ECF 94.)

2. The deadline to respond to the Objections is today's date.

3. Ms. Hill was working on the Response because Ms. Rasmussen has the following other deadlines today:

    a. A Memorandum in Support of Motion for Certificate of Appealability due in the Ninth Circuit. United States v <u>Darell Conners</u>, docket no. 18-16259.

    b. A Response to a Motion to Dismiss in <u>Maldonado v. Brian Williams</u>, case number 14-cr-1484 APG.

    c. A Motion for Bail Pending Appeal, <u>United States v. Ganesh</u>, 5:16-cr-211 LJK (USDC NDCA, San Jose).

4. Ms. Hill's best friend lost her mother this week and Ms. Hill is traveling to California today for the memorial service.

5. Ms. Rasmussen will be traveling to Reno on Monday, returning early Tuesday. Therefore Plaintiff's counsel has requested that they be permitted to file their response on Wednesday, October 24, 2018.

6. Counsel for the federal agents, Greg Addington, is not opposed to the extension.

7. The request for additional time in this Stipulation is made in good faith.

8. The requested extension is not for purposes of delay.

Dated this 19th day of October, 2018.

Respectfully submitted by,

DAYLE ELIESON                                    LAW OFFICE OF LISA RASMUSSEN, P.C.
UNITED STATES ATTORNEY

By: _/s/ Greg Addington_                         By: _/s/ Lisa A. Rasmussen_
    GREG ADDINGTON, AUSA                            LISA A. RASMUSSEN
    Nevada Bar No. 6875                             Nevada Bar No. 7491
    Attorney for Zito, Tierney &                    Attorney for Plaintiff Scott Friedman
    Larson

## **ORDER**

This matter came before the Court on the parties' Stipulation and Order to Extend the Deadline for Plaintiff to Respond to the Objections to the Report and Recommendation filed by the Federal Law Enforcement Agent Defendants, Tierney, Zito and Larson. Based on the stipulation of the parties, and finding that the extension request is made in good faith and not for the purposes of undue delay,

IT IS HEREBY ORDERED that the deadline for Plaintiff to file a response to the Objections filed by Tierney, Zito and Larson (ECF 94) is extended to October 24, 2018.

Dated:   October 24, 2018.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE