LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**LAW OFFICE OF LISA RASMUSSEN, P.C.**
601 South 10th Street, Suite #100
Las Vegas, NV 89101
Tel.   (702) 471-1436
Fax.   (702) 489-6619
Email: Lisa@LRasmussenLaw.com

MELANIE A. HILL, ESQ.
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
520 S. 7th Street, Suite A
Las Vegas, NV 89101
Tel.   (702) 362-8500
Fax.   (702) 362-8505
Email: Melanie@MelanieHillLaw.com

*Attorneys for Plaintiff Scott Friedman*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT FRIEDMAN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA et al.,<br><br>Defendants. | Case No. 2:18-CV-000857-JCM-VCF<br><br>**STIPULATION TO EXTEND DEADLINE FOR RESPONSE TO MOTION TO DISMISS [ECF NO. 198]**<br><br>(First Request) |

Counsel for Plaintiff, Lisa Rasmussen of Law Office of Lisa Rasmussen, P.C., and counsel for Defendant Tali Arik, Jesse Sbaih, respectfully submit the following stipulation to extend the deadline to file a Response to Defendant Arik's Motion to Dismiss Amended Complaint [ECF 198] by one day, until October 3, 2019.

1

The Stipulation is being filed has time to completely and adequately brief the issues brought up by Defendant Arik. Plaintiff's counsel is currently conducting mitigation interviews for three separate capital or non-capital murder cases, alongside an out-of-town psychological expert whose travel plans to Las Vegas were set prior to the filing of the Motion to Dismiss. Thus, an additional day is necessary to complete the Response. Defendant Arik's counsel is amenable to this extension and has agreed to stipulate to the same. This request and stipulation is made in good faith and not for the purpose of prejudice or delay.

**IT IS HEREBY STIPULATED AND AGREED** between the parties that the deadline for the Response to the Motion to Dismiss be extended by one day, to October 3, 2019.

DATED this 2nd day of October, 2019.

| LAW OFFICE OF LISA RASMUSSEN, P.C. | SBAIH & ASSOCIATES |
|---|---|
| By: /s/ Lisa A. Rasmussen<br>LISA A. RASMUSSEN<br>Nevada Bar No. 7491<br>Attorney for Plaintiff Scott Friedman | By: /s/ Jesse M. Sbaih<br>JESSE M. SBAIH<br>Nevada Bar No. 7898<br>Attorney for Defendant Tali Arik |

**IT IS SO ORDERED.**

Dated October 3, 2019.

The Honorable James C. Mahan
United States District Judge

2