NICHOLAS A. TRUTANICH
United States Attorney

GREG ADDINGTON
Assistant United States Attorney
Nevada Bar No. 6875
Bruce R. Thompson U.S. Courthouse & Fed. Bldg.
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Greg.Addington@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT FRIEDMAN,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA, *et al.,*<br><br>    Defendants. | Case No. 2:18-cv-857-JCM-VCF<br><br>**Motion To Extend Time to File Response to First Amended Complaint**<br> **(First Request)** |

  The United States of America hereby moves to extend the time for filing its response to the first amended complaint (#193). This is the <u>first</u> extension of time sought in this action with respect to the United States' response to the first amended complaint. The current filing deadline is <u>September 20, 2019</u>.

  1. This is an action to recover tort damages against the United States and numerous other defendants.

  2. By Order (#191) entered September 3, 2019, leave was granted for plaintiff Friedman to file an amended complaint. Following entry of the September 3 Order, the amended complaint was filed (#193). In accordance with Rule 15(a)(3), Fed.R.Civ.P., the United States' response to the amended complaint is due on or before September 20, 2019.

3. On September 11, 2019, the United States filed its Objections (#195) to the Magistrate Judge's September 3 Order pursuant to Rule 72(a), Fed.R.Civ.P. In its Objections, the United States advances its position that the September 3 Order should be set aside and the amended complaint should be stricken. Given the briefing protocol applicable to such objections, it is unlikely the Court will issue a ruling on the United States' Objections before the current deadline for responding to the amended complaint.

4. The requested extension would obviate the need for the United States to respond to the amended complaint while the United States' Objections (#195) are pending with respect to the September 3 Order that granted leave to file the amended complaint. The proposed extension would thus promote efficiency by eliminating potentially unnecessary filings.

5. Based on the foregoing, the United States seeks an order extending the deadline for it to file its response to the amended complaint. The extension sought would extend the time from the current deadline of September 20, 2019, to a date 21 days following the court's disposition of the United States' pending Objections (#195) to the September 3 Order.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Greg Addington
GREG ADDINGTON
Assistant United States Attorney

IT IS SO ORDERED

Date: October 4, 2019

_____
UNITED STATES MAGISTRATE JUDGE

**Certificate of Service**

I hereby certify that the **Motion to Extend Time to File Response to First Amended Complaint (First Request)** was served on this date via the Court's Electronic Case Filing system unless specified otherwise below.

Dated this 11th day of September, 2019.

                                            */s/ Greg Addington*
                                            GREG ADDINGTON
                                            Assistant United States Attorney