UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SCOTT FRIEDMAN,<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendant(s). | Case No. 2:18-CV-857 JCM (VCF)<br><br>ORDER |

Presently before the court is the matter of *Friedman v. United States et al.*, case no. 2:18-cv-00857-JCM-VCF.

On October 7, 2019, plaintiff Scott Friedman and defendant Julie Bolton filed a joint motion to extend time for Bolton to file a reply (ECF No. 215) in support of her motion to dismiss (ECF No. 197). Friedman's response to Bolton's motion to dismiss was filed October 1, 2019 (ECF No. 203), so Bolton's present deadline to file her reply is October 8, 2019, pursuant to Local Rule 7-2(b).

The parties represent that Bolton's counsel has had conflicting demands stemming from other cases and therefore requires a three-day extension to complete the reply. Good cause appearing, the court will grant the parties' motion to extend time.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the parties' joint motion to extend time (ECF No. 215) be, and the same hereby is, GRANTED.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that Bolton shall have up to and including October 11, 2019, to file her reply in support of her motion to dismiss (ECF No. 197).

DATED October 9, 2019.

_____
UNITED STATES DISTRICT JUDGE