Lisa A. Rasmussen, Esq.
Nevada Bar No. 7491
**Law Office of Lisa Rasmussen, P.C.**
601 South 10th Street, Suite #100
Las Vegas, NV 89101
Tel.   (702) 471-1436
Fax.   (702) 489-6619
Email: Lisa@LRasmussenLaw.com

Melanie A. Hill, Esq.
Nevada Bar No. 8796
**Melanie Hill Law PLLC**
520 S. 7th Street, Suite A
Las Vegas, NV  89101
Tel.    (702) 362-8500
Fax.    (702) 362-8505
Email:  Melanie@MelanieHillLaw.com

*Attorneys for Plaintiff Scott Friedman*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT FRIEDMAN, an individual, | Case No. 2:18-CV-000857-JCM-VCF |
| Plaintiff, | **STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO OPPOSE DEFENDANT USA'S MOTION TO DISMISS [ECF No. 199]AND DEFENDANT USA'S DEADLINE TO REPLY, PLAINTIFF'S DEADLINE TO OPPOSE THE LVMPD DEFENDANTS' MOTION TO DISMISS [ECF NO. 201] AND THEIR MOTION TO STRIKE [ECF NO. 200]** |
| v. | |
| UNITED STATES OF AMERICA; GENE M. TIERNEY, individually and in his official capacity as an FBI Agent; MATTHEW A. ZITO, individually and in his official capacity as an FBI Agent; THAYNE A. LARSON, individually and in his official capacity as an FBI Agent; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOE LEPORE, P#6260, individually and in his official capacity as an officer of the LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DARREN HEINER, P#2609, individually and in his official capacity as an officer of the LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JASON HAHN, P#3371, individually and in his official capacity as | (First Request) |

1

an officer of the LAS VEGAS METROPOLITAN POLICE DEPARTMENT; TALI ARIK, an individual; JULIE BOLTON, an individual; and ARIK VENTURES, an entity formed by Tali Arik,

Defendants.

Counsel for Plaintiff, Melanie A. Hill of Melanie Hill Law PLLC and Lisa Rasmussen of Law Office of Lisa Rasmussen, P.C., counsel for the United States, Greg Addington, and counsel for Defendants Las Vegas Metropolitan Police Department, Joe Lepore, Darren Heiner, and Jason Hahn, Nick Crosby and Jackie Nichols, respectfully submit the following stipulation to extend the following deadlines:

1) Plaintiff's deadline to oppose the United States' Motion to Dismiss First Amended Complaint [ECF No. 199] is being extended to October 10, 2019 from its current deadline of October 4, 2019;

2) Defendant USA's deadline to file its Reply is being extended to October 18, 2019 from its new deadline of October 17, 2019;

3) Plaintiff's deadline to oppose the LVMPD Defendants' Motion to Dismiss First Amended Complaint [ECF No. 201] is being extended to October 12, 2019 from its current deadline of October 4, 2019; and

4) Plaintiff's deadline to oppose the LVMPD Defendants' Motion to Strike [ECF No. 200] is being extended to October 12, 2019 from its current deadline of October 4, 2019.

This is the first request to extend these deadlines. The Stipulation is being filed and these extensions are being requested due to the availability of counsel and not for purposes of delay. Plaintiff's counsel's illness with bronchitis and a double ear infection has kept her out of work all week due to its severity. Mr. Friedman had oppositions due this week to four Motions to Dismiss and the LVMPD's Motion to Strike. Two of the oppositions were prepared and filed by Ms. Hlll's co-

counsel, Ms. Rasmussen and Ms. Hill is seeking these extensions due to her illness that kept her from completing these oppositions.  Ms. Hill agreed to extend the USA's Reply deadline for an additional day to take into account the Columbus Day federal holiday on October 14, 2019 and as a result the USA's Reply deadline is also being extended to October 18, 2019.

The requested relief is not for purposes of delay, but to allow for the availability of counsel.

DATED this 4th day of October, 2019.

| | |
|---|---|
| NICHOLAS TRUTANISH<br>United States Attorney | MELANIE HILL LAW PLLC |
| By: /s/ Gregory Addington<br>    GREGORY ADDINGTON<br>    Assistant United States Attorney<br>    Nevada Bar No. 6875<br>    Attorneys for Defendant United States<br>    of America | By: /s/ Melanie A. Hill<br>    MELANIE A. HILL<br>    Nevada Bar No. 8796<br>    Attorneys for Plaintiff Scott Friedman |

MARQUIS AURBACH COFFING

By: /s/ Jacqueline Nichols
    JACQUELINE VICTORIA NICHOLS
    Nevada Bar No. 14246
    Attorneys for Las Vegas Metropolitan Police
    Department, Jason Hahn, Darren Heiner, and
    Joe Lepore

**IT IS SO ORDERED.**

Dated October 9, 2019.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE