LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**LAW OFFICE OF LISA RASMUSSEN, P.C.**
601 South 10th Street, Suite #100
Las Vegas, NV 89101
Tel.    (702) 471-1436
Fax.    (702) 489-6619
Email: Lisa@LRasmussenLaw.com

MELANIE A. HILL, ESQ.
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
520 S. 7th Street, Suite A
Las Vegas, NV  89101
Tel.    (702) 362-8500
Fax.    (702) 362-8505
Email:  Melanie@MelanieHillLaw.com

*Attorneys for Plaintiff Scott Friedman*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SCOTT FRIEDMAN, an individual, | Case No. 2:18-CV-000857-JCM-VCF |
| Plaintiff, | |
| v. | **JOINT MOTION TO EXTEND PLAINTIFF'S DEADLINE TO OPPOSE DEFENDANT UNITED STATE'S MOTION TO DISMISS [ECF No. 199] AND DEFENDANT UNITED STATE'S DEADLINE TO FILE ITS REPLY** |
| UNITED STATES OF AMERICA; et. al., | |
| Defendants. | |
| | (Second Request) |

Counsel for Plaintiff, Melanie A. Hill of Melanie Hill Law PLLC and counsel for the United States, Greg Addington, hereby jointly move to extend Plaintiff's deadline to oppose the United States' Motion to Dismiss [ECF No. 199] from the current deadline of October 10, 2019 to October 14, 2019.  The parties further jointly move to extend the United States' deadline from the current

deadline of October 18, 2019 to October 23, 2019.  This is the second request to extend the deadline due to counsel for Plaintiff's progressing illness into pneumonia.

This Joint Motion is being filed and these extensions are being requested due to the availability of counsel due to her illness and not for purposes of delay.  Plaintiff's counsel's illness that has progressed into pneumonia has kept her out of work again this week due to its severity and the strong medication that counsel in taking also makes it difficult for her to draft the response.  The parties have also agreed to extend the United States' Reply deadline for an additional day to allow counsel additional time to respond and in light of the fact that Plaintiff will be filing his opposition on the Columbus Day federal holiday on October 14, 2019 and as a result the United States' Reply deadline is being extended to October 23, 2019.

The requested relief is not for purposes of delay, but to allow for the availability of counsel due to counsel's severe illness.

DATED this 10th day of October, 2019.


NICHOLAS TRUTANICH
United States Attorney                               MELANIE HILL LAW PLLC

By: /s/ Gregory Addington                          By: /s/ Melanie A. Hill
    GREGORY ADDINGTON                                MELANIE A. HILL
    Assistant United States Attorney                 Nevada Bar No. 8796
    Nevada Bar No. 6875                              Attorneys for Plaintiff Scott Friedman
    Attorneys for Defendant United States
    of America


**IT IS SO ORDERED.**

Dated October 11, 2019.


_____
JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE