Jesse M. Sbaih (#7898)
Ines Olevic-Saleh (#11431)
JESSE SBAIH & ASSOCIATES, LTD.
The District at Green Valley Ranch
170 S. Green Valley Pkwy., Ste. 280
Henderson, NV 89012-3145
(702) 896-2529
(702) 896-0529 (fax)
jsbaih@sbaihlaw.com
*Attorneys for Defendant Tali Arik*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT FRIEDMAN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, GENE M. TIERNEY, individually and in his official capacity as an FBI Agent; MATTHEW A. ZITO, individually and in his official capacity as an FBI Agent; THAYNE A. LARSON, individually and in his official capacity as an FBI Agent; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOE LEPORE, P#6260, individually and in his official capacity as an officer of the LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DARREN HEINER, P#2609, individually and in his official capacity as an officer of the LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JASON HAHN, P#3371, individually and in his official capacity as an officer of the LAS VEGAS METROPOLITAN POLICE DEPARTMENT; TALI ARIK; an individual; JULIE BOLTON, an individual; and ARIK VENTURES, an entity formed by Tali Arik,<br><br>Defendants. | Case No.: 2:18-cv-00857-JCM-NJK<br><br>**STIPULATION TO DISPOSE OF PENDING PLEADINGS INVOLVING PLAINTIFF SCOTT FRIEDMAN AND DEFENDANT TALI ARIK AS "MOOT"** |

In light of a settlement reached on January 24, 2020, in the interest of judicial economy and to relieve the Court of the burden of having to address various pleadings presently pending before it, Plaintiff Scott Friedman, though his counsel Melanie A. Hill, Esq. and Lisa Rasmussen, Esq., and Defendant Tali Arik, through his counsel Jesse M. Sbaih, Esq. and Phillip Emerson, Esq., respectfully submit the following stipulation for the Court to dispose of ECF #198; ECF #211; and ECF #218 (which are presently pending before the Court) as "moot."

DATED this 29th day of January, 2020.

JESSE SBAIH & ASSOCIATES, LTD.

By   /s/ Jesse M. Sbaih
     Jesse M. Sbaih (#7898)
     Ines Olevic-Saleh (#11431)
     *Attorneys for Defendants Tali Arik*

MELANIE HILL LAW PLLC

By:  /s/ Melanie Hill
     Melanie Hill (#8796)
     *Attorney for Plaintiff Scott Friedman*

LAW OFFICE OF LISA RASMUSSEN, P.C.

By:  /s/ Lisa Rasmussen
     Lisa A. Rasmussen (#7491)
     *Attorneys for Plaintiff Scott Friedman*

**IT IS SO ORDERED.**

Dated January 31, 2020.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

# **CERTIFICATE OF SERVICE**

Pursuant to FRCP Rule 5(b), I certify that I am an employee of the law firm of Jesse Sbaih & Associates, Ltd., and that on this 29th day of January, 2020, I caused **STIPULATION TO DISPOSE OF PLEADINGS INVOLVING PLAINTIFF SCOTT FRIEDMAN AND DEFENDANT TALI ARIK AS "MOOT"** to be served via electronic service to the following:

| | |
|---|---|
| Lisa A. Rasmussen, Esq.<br>LAW OFFICES OF KRISTINA WILDEVELD<br>& ASSOCIATES<br>550 E. Charleston Blvd.<br>Las Vegas, NV 89104 | Melanie Hill, Esq.<br>MELANIE HILL LAW PLLC<br>520 S. 7th Street, Suite A<br>Las Vegas, NV 89101 |
| Nick D. Crosby, Esq.<br>Jackie V. Nichols, Esq.<br>MARQUIS AURBACH COFFING<br>10001 Park Run Drive<br>Las Vegas, NV 89145 | Philip R. Emerson, Esq.<br>EMERSON LAW GROUP<br>1055 Whitney Ranch Drive, Suite 120<br>Henderson, NV 89014 |

Daylee Elieson
Greg Addington
Bruce R. Thompson U.S. Courthouse and Federal Building
400 South Virginia Street, Suite 900
Reno, Nevada 89501

Stephen G. Castronova, Esq.
CASTRONOVA LAW OFFICES
605 Forest Street
Reno, NV 89509

James R. Olsen, Esq.
Thomas D. Dillard, Esq.
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, NV 89129

                                          /s/ Jennifer Davidson
                                    An employee of Jesse Sbaih & Associates, Ltd.