LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES**
550 E. Charleston Blvd.
Las Vegas, NV 89104
Tel.   (702) 222-0007
Email: Lisa@VeldLaw.com

MELANIE A. HILL, ESQ.
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
520 S. 7th Street, Suite A
Las Vegas, NV  89101
Tel.   (702) 362-8500
Fax.   (702) 362-8505
Email:  Melanie@MelanieHillLaw.com

*Attorneys for Plaintiff Scott Friedman*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT FRIEDMAN, an individual, | Case No. 2:18-CV-000857-JCM-VCF |
| Plaintiff, | **STIPULATION TO DISMISS CLAIMS AGAINST DEFENDANT JASON HAHN** |
| v. | |
| UNITED STATES OF AMERICA, ET AL, | |
| Defendants. | |

The parties, Plaintiff Scott Friedman, by and through his counsel, Lisa Rasmussen and Melanie Hill, and Defendant, Jason Hahn, hereby stipulate as follows:

1. Plaintiff agrees to voluntarily dismiss all claims against Defendant Jason Hahn, with prejudice.

2. Each party shall bear his own costs and attorney's fees.

. . .

. . .

1

3. The parties request that the court enter an order dismissing Defendant Jason Hahn, with prejudice.

IT IS SO STIPULATED.

DATED this 24th day of January, 2020.

**LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES**

*/s/ Lisa A. Rasmussen*
Lisa A. Rasmussen, Esq. (NV Bar No. 7491)

*Attorneys for Plaintiff Scott Friedman*

**MARQUIS AURBACH COFFING**

*/s/ Jackie V. Nichols*
Jackie V. Nichols, ESQ. (NV Bar No. 14246)

*Attorneys for Defendant Jason Hahn*

## **ORDER**

Upon the Stipulation of the Plaintiff and Defendant Jason Hahn, by and through their counsel,

IT IS HEREBY ORDERED that all claims against JASON HAHN shall be dismissed, with prejudice, each party to bear its own attorney's fees and costs.

Dated February 5, 2020

_____
The Honorable James C. Mahan
United States District Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I sent a copy of the foregoing, STIPULATION FOR VOLUNTARY DISMISSAL, to all parties participating in this case, via CM/ECF, as required by local rule, on this 3rd day of February, 2020.

/s/ Lisa A. Rasmussen
_____
LISA A. RASMUSSEN, ESQ.