C

**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
    Attorneys for Defendants LVMPD; Joe
    Lepore; Jason Hahn; and Darren Heiner

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT FRIEDMAN, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; GENE M. TIERNEY, individually and in his official capacity as an FBI Agent; MATTHEW A. ZITO, individually and in his official capacity as an FBI Agent; THAYNE A. LARSON, individually and in his official capacity as an FBI Agent; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOE LEPORE, P#6260, individually and in his official capacity as an officer of the LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DARREN HEINER, P#2609, individually and in his official capacity as an officer of the LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JASON HAHN, P#3371, individually and in his official capacity as an officer of the LAS VEGAS METROPOLITAN POLICE DEPARTMENT; TALI ARIK, an individual; JULIE BOLTON, an individual; and ARIK VENTURES, an entity formed by Tali Arik,<br><br>        Defendants. | Case Number:<br>2:18-cv-00857-JCM-VCF<br><br><br>**<u>STIPULATION AND ORDER TO EXTEND DEADLINES IN SUPPORT OF THE LVMPD DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>**<br><br>**<u>(FIRST REQUEST)</u>** |

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1    The parties, by and through their undersigned counsel of record, and hereby agree and

2    jointly stipulate to the following:

3    1.    Plaintiff's Response in Opposition to LVMPD's Motion for Summary

4    Judgment [ECF No. 294], previously due on February 24, 2020 was extended to February 25,

5    2020 and the parties agreed to allow Plaintiff to file his Appendixes of Exhibits on February

6    26, 2020; and

7    2.    LVMPD Defendants' Reply in Support of Motion for Summary Judgment

8    [ECF No. 294], currently due on March 10, 2020, be extended to and including Tuesday,

9    March 17, 2020.

10   Counsel for LVMPD Defendants has several competing deadlines on March 10, 2020

11   and the parties have agreed to a one-week extension for LVMPD Defendants' reply deadline.

12   This request for extension is made in good faith and necessary to provide additional time for

13   preparation of the reply and not for the purposes of delay.

14   / / /

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1    WHEREFORE, the parties respectfully request that the Court extend Plaintiff's

2   deadline to file his Opposition to February 25, 2020, extend Plaintiff's deadline to file his

3   Appendices of Exhibits to February 26, 2020, and extend the LVMPD Defendants' deadline

4   to file their Reply to and including Tuesday, March 17, 2020.

5

6   DATED this 6th day of March, 2020          DATED this 6th day of March, 2020

7   LAW OFFICES OF KRISTINA                    MELANIE HILL LAW PLLC
    WILDEVELD & ASSOCIATES

8
    By: /s/ Lisa A. Rasmussen                   By: /s/ Melanie A. Hill
9        Lisa A. Rasmussen, Esq.                     Melanie A. Hill, Esq.
         Nevada Bar No. 7491                          Nevada Bar No. 8796
10       550 E. Charleston Blvd., Suite A            520 S. 7th Street, Suite A
         Las Vegas, Nevada 89104                      Las Vegas, Nevada 89101
11       Attorney for Plaintiff Scott Friedman        Attorney for Plaintiff Scott Friedman

12
    DATED this 6th day of March, 2020
13
    MARQUIS AURBACH COFFING
14
    By: /s/ Jackie V. Nichols
15       Nick D. Crosby, Esq.
         Nevada Bar No. 8996
16       Jackie V. Nichols, Esq.
         Nevada Bar No. 14246
17       10001 Park Run Drive
         Las Vegas, Nevada 89145
18       Attorneys for Defendants LVMPD;
         Joe Lepore; and Darren Heiner
19

20

21                              **ORDER**

22      The above Stipulation is hereby GRANTED.

23      DATED March 9, 2020.

24

25      _____
        UNITED STATES DISTRICT COURT JUDGE

26

27

Page 3 of 4
MAC:14687-148 Stipulation and Order to Extend Deadlines in Support of LVMPD Defendants #294 Motion for Summary Judgment
(First Request) 3/6/2020 2:16 PM

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINES IN SUPPORT OF THE LVMPD DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 6th day of March, 2020.

☒        I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐        I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach Coffing

**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-148 Stipulation and Order to Extend Deadlines in Support of LVMPD Defendants #294 Motion for Summary Judgment (First Request) 3/6/2020 2:16 PM