AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

SCOTT FRIEDMAN

Plaintiff,

v.

UNITED STATES OF AMERICA, et al

Defendants.

Attorney Fees

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-00857-JCM-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered for Attorney Fees in favor of LVMPD, Heiner, and LePore and against Friedman in the amount of $115,632.16 for attorney fees and $6,593.28 in costs.

July 31, 2020
Date

DEBRA K. KEMPI
Clerk

/s/ J. Matott
Deputy Clerk