1  LISA A. RASMUSSEN, ESQ.
   Nevada Bar No. 7491
2  **LAW OFFICE OF LISA RASMUSSEN, P.C.**
   601 South 10th Street, Suite #100
3  Las Vegas, NV 89101
   Tel.    (702) 471-1436
4  Fax.    (702) 489-6619
   Email: Lisa@LRasmussenLaw.com
5
6  MELANIE A. HILL, ESQ.
   Nevada Bar No. 8796
7  **MELANIE HILL LAW PLLC**
   520 S. 7th Street, Suite A
8  Las Vegas, NV  89101
   Tel.    (702) 362-8500
9  Fax.    (702) 362-8505
   Email:  Melanie@MelanieHillLaw.com
10
   *Attorneys for Plaintiff Scott Friedman*
11
12
13              **UNITED STATES DISTRICT COURT**
14                 **DISTRICT OF NEVADA**
15

16  SCOTT FRIEDMAN, an individual,          | Case No. 2:18-CV-000857-JCM-VCF

17              Plaintiff,

18       v.                                  | **JOINT MOTION TO WITHDRAW**
                                             | **PLAINTIFF SCOTT FRIEDMAN'S**
19                                           | **MOTION TO RE-TAX THE UNITED**
   UNITED STATES OF AMERICA; et. al.,        | **STATES' AWARD OF COSTS [ECF**
20                                           | **No. 341]** *ONLY*
              Defendants.
21

22

23        Counsel for Plaintiff, Melanie A. Hill of Melanie Hill Law PLLC and counsel for the United

24  States, Greg Addington, Assistant United Stated Attorney, hereby jointly move to withdraw Plaintiff

25  Scott Friedman's Motion to Re-Tax the United States' Award of Costs [ECF No. 341] *only.*

26        On December 22, 2020, Defendant United States filed a Satisfaction of Judgment Regarding

27  Award of Costs to United States [ECF No. 359] acknowledging "receipt and acceptance of an agreed

28  negotiated sum from plaintiff Scott Friedman, in full satisfaction of the award of costs to the United

                                             1

States (*see* dkt. #337)." Based on the satisfaction of the award of costs to the United States, Plaintiff Scott Friedman's Motion to Re-Tax the United States' Award of Costs [ECF No. 341] *only* is moot. Therefore, the parties request that it be withdrawn based on the satisfaction of the award of costs to the United States. This motion to withdraw does not request a withdrawal of Plaintiff Scott Friedman's Motion to Re-Tax the LVMPD Defendants' Award of Costs [ECF No. 341] that was argued in the same motion as the Motion to Re-Tax the United States' Award of Costs [ECF No. 341]. Therefore, the motion to re-tax should only be partially withdrawn as it relates to the arguments to re-tax the United States' award of costs *only*.

DATED this 11th day of January, 2021.

NICHOLAS TRUTANICH
United States Attorney                           MELANIE HILL LAW PLLC

By: /s/ Greg Addington                           By: /s/ Melanie A. Hill
    GREG ADDINGTON                                    MELANIE A. HILL
    Assistant United States Attorney                  Nevada Bar No. 8796
    Nevada Bar No. 6875                               Attorneys for Plaintiff Scott Friedman
    Attorneys for Defendant United States
    of America

**IT IS SO ORDERED:**

_____
JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

DATED:   January 22, 2021
         _____

2